≈AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ ELIZABETH M. BARROS

| Date | Signature |

| Print Name | Bar Number |

Address

| City | State | Zip Code |

| Phone Number | Fax Number |

1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Alberto Soto-Ulloa

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE WILLIAM McCURINE, JR.)**

11 UNITED STATES OF AMERICA,        )   Case No. 08mj2043
                                    )
12         Plaintiff,                )
                                    )
13 v.                               )   **CERTIFICATE OF SERVICE**
                                    )
14 ALBERTO SOTO-ULLOA,              )
                                    )
15         Defendant.                )
   _____  )
16

17     Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                         U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov
19

20                                     Respectfully submitted,

21

22 DATED:    July 9, 2008              /s/ Elizabeth M. Barros
                                       **ELIZABETH M. BARROS**
23                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Alberto Soto-Ulloa
24

25

26

27

28